**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION**

IN RE:

**JOHN FANO**                                                    **CHAPTER 13**
                                                                 **CASE NO. 14-60728**

**ORDER**

    Came Herbert L. Beskin Standing Chapter 13 Trustee, and moved the Court for leave to withdraw the Trustee's Motion for the above-referenced debtor to Show Cause why the Chapter 13 case should not be dismissed; and the Court finding that for good cause, it is accordingly

    **ORDERED, ADJUDGED,** and **DECREED**, that the Trustee's Motion for the debtor to Show Cause why the Chapter 13 case should not be dismissed is hereby withdrawn (related docket entry # *21*).

    Copies of this Order shall be directed by mail to the Trustee who shall mail copies either by ECF or by U.S. Mail, pursuant to local Rule 9072-1, to the debtor, Counsel for the Debtor, as their names and addresses appear in the file.

DATED:   9/18/2014

_____          _____
                                                                 U.S. Bankruptcy Judge

I ask for this:

/s/ Herbert L. Beskin
P.O. Box 2103
Charlottesville, VA   22902
Ph: 434-817-9913; Email: ch13staff@ntelos.net