UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

IN RE:                                    )
       JOHN FANO,                       )        Chapter 13
                                        )
                                        )        Case No. 14-60728
_____Debtor._____)

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

The undersigned hereby appears in these Proceedings as Counsel for creditor and

defendant, JoAnn O'Brien, and requests that Margaret C. Valois be placed upon the mailing

list of those Creditors, parties in interest and Counsel who receive all Notices in these

proceedings.

Respectfully submitted,

*/s/ Margaret C. Valois*
Margaret C. Valois, VSB# 66034
JAMES RIVER LEGAL ASSOCIATES
7601 Timberlake Road
Lynchburg, VA 24502
T-( 434) 845-4529 F- (434) 845-8536
mv@vbclegal.com

CERTIFICATE OF SERVICE

     I certify that on January 19, 2021, the foregoing Notice was served via CM/ECF on
Herbert L. Beskin, Trustee, and Reginald Yancey, Counsel for Debtor, at the email addresses
registered with the Court, and that a true copy was mailed via first class mail, postage
prepaid, to John Fano, Debtor, 697 Mountain Cut Road, Appomattox, VA 24522; JoAnn
O'Brien, 5054 Horseshoe Rd, Appomattox, VA 24522; and Kemper M. Beasley, III, Attorney at
Law, P.O. Box 36, Farmville, VA 23901.

*/s/ Margaret C. Valois*
Margaret C. Valois